| | |
|---|---|
| ANGELINA ZHENG as<br>Administrator of the Estate of<br>JOSEPH HOLGUIN | : IN THE UNITED STATES<br>: COURT FOR THE MIDDLE<br>: DISTRICT OFPENNSYLVANIA |
| Plaintiff | : |
| vs. | : Docket No. 4:09 1028 |
| JOHN A. PALAKOVICH, ET AL | : |
| | : Judge Sylvia Rambo |
| Defendants | : |

___

| | |
|---|---|
| EVELYN FINNEY as<br>Administrator of the Estate of<br>CLIFFORD FINNEY | : IN THE UNITED STATES<br>: COURT FOR THE MIDDLE<br>: DISTRICT OFPENNSYLVANIA |
| Plaintiff, | : |
| vs. | : Docket No. 4:09 cv 1751 |
| JOHN A. PALAKOVICH, ET AL | : |
| | : Judge Sylvia Rambo |
| Defendants | : |

**ORDER**

AND NOW, this 21st day of October, 2010, it is hereby ORDERED and DECREED that the Leave of Court is granted permitting the deposition of Bienvenido Rodrigues, Jr. I.D.# EZ-1684 at his current place of incarceration currently identified at SCI-Smithfield.

\_\_s/Sylvia H. Rambo\_\_
Sylvia H. Rambo.
UNITED STATES DISTRICT JUDGE